

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>ERIC G. BORRMANN,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. C-06-6722 (MJJ)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING REQUEST TO DISBURSE FUNDS

The Court having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number C06-6722 MJJ under the case name designation "SEC v. Eric G. Borrmann, CV-06-6722 (MJJ)" for the amount of $1,700, payable to "*Damasco & Associates, Trust Account*" for the payment of tax obligations, as provided in the Declaration. The check shall contain the following notation: "*SEC v. Eric G. Borrmann, SEC Federal TIN: 53-0193492, 1st Quarter 2007 Tax Estimate.*"

2. The Clerk shall send the check by overnight mail to:

   Damasco & Associates
   244 Jackson Street, Fourth Floor
   San Francisco, CA 94111

   Phone: 415-217-4900

3. The Commission's counsel (Paul G. Lane, 202-551-4768, lanep@sec.gov) shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 4/1/2007

_____
UNITED STATES DISTRICT JUDGE