UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>    v.<br><br>ERIC G. BORRMANN,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Case No. C-06-6722 (MJJ)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING REQUEST TO DISBURSE FUNDS**

The Court having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number C06-6722 MJJ under the case name designation "SEC v. Eric G. Borrmann, CV-06-6722 (MJJ)" for the amount of $1,300.00, payable to "*Damasco & Associates, Trust Account*" for the payment of tax obligations, as provided in the Declaration. The check shall contain the following notation: "*SEC v. Borrmann, SEC Federal EIN: 20-828012, Q3-2008 Tax Estimate.*"

2. The Clerk shall send the check by overnight mail to:

>Damasco & Associates
>700 Monte Vista Lane
>Half Moon Bay, CA 94019
>
>Phone: 415-217-4900

3.  The Commission's counsel (Lawrence C. Renbaum, 202-551-4775, RenbaumL@sec.gov) shall provide the Court Registry with the necessary overnight shipping information and the Securities and Exchange Commission's billing number.

Dated: _____September 11, 2008_____



_____
UNITED STATES DISTRICT JUDGE